

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 2 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TORIANO LAVELLE REED,              §
                                   §
                Petitioner,        §
                                   §
VS.                                §    NO. 4:06-CV-748-A
                                   §
NATHANIEL QUARTERMAN,              §
Director, Texas Department of      §
Criminal Justice,                  §
Correctional Institutions          §
Division,                          §
                                   §
                Respondent.        §

O R D E R

Came on for consideration the above-captioned action wherein
Toriano Lavelle Reed is petitioner and Nathaniel Quarterman,
Director, Texas Department of Criminal Justice, Correctional
Institutions Division, is respondent.  This is a petition for
writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  On
April 23, 2007, the United States Magistrate Judge issued his
proposed findings, conclusions, and recommendation, and ordered
that the parties file objections, if any, thereto by May 14,
2007.  Copies of the proposed findings, conclusions, and
recommendation were sent to petitioner and respondent.  Because
timely objections have not been filed, the court accepts the
proposed findings, conclusions, and recommendation of the United

States Magistrate Judge.   Therefore,

    The court ORDERS that the petition be, and is hereby,

denied.

    SIGNED May 22, 2007.

JOHN McBRYDE
United States District Judge